```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF CONNECTICUT

JANE DOE, PPA DENNIS BYARS      :    CIV. NO. 3:02 CV219(WWE)
     Plaintiff,

vs.

CITY OF WATERBURY,
DETECTIVE GARY RIBACK,
DETECTIVE THOMPSON,
DETECTICVE KAZIMIERIK,
DETECTIVE COTE and
DETECTIVE DABBO                 :    APRIL 13, 2004
     Defendants.
```

**DEFENDANTS' MOTION FOR RELEASE OF SECURITY FOR COSTS**

On October 23, 2003, the defendants' Bill of Costs in the amount of $192.00 was taxed against the plaintiff by the Second Circuit Court of Appeals. (Copy Attached). As more than five (5) months have passed without payment having been tendered by the plaintiff, the defendant hereby moves that a portion of the $500.00 deposited with the court as security for costs under Local Rule 8(a), be released to the defendant in payment of the taxation of costs. The defendant further requests that the payment be in the form of a check in the amount of $192.00, made payable to the City of Waterbury.

                                        DEFENDANTS, CITY OF WATERBURY;
                                        DETECTIVES GARY RIBACK;
                                        THOMPSON, KAZIMIERIK, COTE
                                        & DABBO


BY_____
   Marcia J. Gleeson
   Federal Bar Number: ct05303
   Sack, Spector & Karsten
   836 Farmington Avenue
   West Hartford, CT 06119
   Their Attorney
   860-233-8251
   mgleeson@sackspec.com


## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 13th day of April 2004, to the following counsel of record:

W. Martyn Philpot, Jr., Esquire
409 Orange Street
New Haven, CT  06511


_____
Marcia J. Gleeson