FILED

2004 APR 14  P 12: 37

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JANE DOE, PPA DENNIS BYARS    :    CIV. NO. 3:02 CV219(WWE)
    Plaintiff,

vs.

CITY OF WATERBURY,
DETECTIVE GARY RIBACK,
DETECTIVE THOMPSON,
DETECTICVE KAZIMIERIK,
DETECTIVE COTE and
DETECTIVE DABBO              :    APRIL 13, 2004
    Defendants.

### DEFENDANTS' MOTION FOR RELEASE OF SECURITY FOR COSTS

On October 23, 2003, the defendants' Bill of Costs in the amount of $192.00 was taxed against the plaintiff by the Second Circuit Court of Appeals. (Copy Attached). As more than five (5) months have passed without payment having been tendered by the plaintiff, the defendant hereby moves that a portion of the $500.00 deposited with the court as security for costs under Local Rule 8(a), be released to the defendant in payment of the taxation of costs. The defendant further requests that the payment be in the form of a check in the amount of $192.00, made payable to the City of Waterbury.

SACK, SPECTOR AND KARSTEN, LLP • ATTORNEYS AT LAW
836 FARMINGTON AVE., SUITE 221 • WEST HARTFORD, CT 06119-1544 • (860) 233-8251 • JURIS NO. 52776